UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| UNITED STATES OF AMERICA | ) | COLLIER/CARTER |
| --- | --- | --- |
|  | ) |  |
| v. | ) | CASE NO. 1:14-CR-42 |
|  | ) |  |
| FRANCISCO BARAJAS | ) |  |

### O R D E R

On July 2, 2014, Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation recommending (a) the Court accept Defendant Francisco Barajas' ("Defendant") plea of guilty to Count One of the Indictment, in exchange for the undertakings made by the government in the written plea agreement; (b) the Court adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; (c) that a decision on whether to accept the plea agreement be deferred until sentencing; and (d) Defendant shall remain in custody pending sentencing in this matter (Court File No. 22). Neither party filed an objection within the given fourteen days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Indictment in exchange for the undertakings made by the government in the written plea agreement is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN** in custody pending sentencing on **Thursday,**

**November 20, 2014, at 2:00 pm**.

      **SO ORDERED.**

      **ENTER:**

                                      **/s/**_____
                                      **CURTIS L. COLLIER**
                                      **UNITED STATES DISTRICT JUDGE**